IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO LYNN J. CLEMENS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV198 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| REPUBLIC WESTERN INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Compel Arbitration (Filing No. 4) and the parties' Stipulation to Stay Action Pending Completion of Arbitration (Filing No. 13). Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Compel Arbitration (Filing No. 4) is granted and the plaintiff's claims shall be submitted to binding arbitration as provided in the agreement between the plaintiff and the defendant.

2. The parties' Stipulation to Stay Action Pending Completion of Arbitration (Filing No. 13) is adopted.

3. These proceedings are stayed pending further order of the court.

4. Counsel shall file a joint status report concerning the status of this case on **November 23, 2009**, and every ninety days thereafter until this case is closed.

DATED this 21st day of July, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge